# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MARLENE INEZ VALDEZ,<br><br>                    Defendant. | Case No.: 24-cr-0428-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On March 18, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for March 29, 2024 to May 17, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 14] and sets the Motion Hearing/Trial Setting on May 17, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

24-cr-0428-JO

Further, on March 13, 2024, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from March 13, 2024 to May 17, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 3/20/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE